**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 14-cv-00846-CMA-BNB

FREDDIE L. EDMONDS II,

    Plaintiff,

v.

NATIONAL CREDIT SYSTEMS, INC.,

    Defendant.

_____

**ORDER OF DISMISSAL WITH PREJUDICE**
_____

Pursuant to and in accordance with Fed. R. Civ. P. 41(a)(1)(B) and the Stipulated Motion to Dismiss With Prejudice (Doc. # 13), signed by the attorneys for the parties hereto, it is

ORDERED that this case is DISMISSED WITH PREJUDICE, each party to pay his or its own attorney fees and costs.

DATED:  July __18__, 2014

                                                BY THE COURT:

                                                _____
                                                CHRISTINE M. ARGUELLO
                                                United States District Court Judge